```
              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION


LESTER LEWIS,                        *

        Petitioner                   *

vs.                                  *
                                            CASE NO. 4:08-CV-71 (CDL)
THOMAS AMMONS, Warden,                *

        Respondent                   *
```

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 3, 2008, as amended by the Magistrate Judge on September 22, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 6th day of November, 2008.


                                    S/Clay D. Land
                                        CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE